KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for FRANK ROSATO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No.: 12-CR-00174 LHK |
|       Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER |
|   v. ) | |
| ) | |
| FRANK ROSATO ) | |
| ) | |
| ) | Date: 9-7-12 |
|       Defendant. ) | Time: 9:00 a.m. |
| _____) | Judge: Hon. Lucy H. Koh |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that PURSUANT TO Title 18, United States Code, Section 3161(h)(7)(A), considering the factors set forth in Section 3161(h)(7)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interest in a speedy trial inasmuch as the parties need additional time for effective preparation and to resolve issued for a fair disposition in this matter.

IT IS HEREBY ORDERED that this case is continued to October 3, 2012 at 9:00 a.m. before Judge Lucy H. Koh for possible change of plea.

IT IS FURTHER ORDERED that the period of time from September 12, 2012 through and including October 3, 2012 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §3161, *et. seq.*

Dated:  9/10/12

*Lucy H. Koh*
LUCY H. KOH
United States District Court Judge